## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA      :
     :
     :
     :
v.      :     CASE NO.: CR207-062
     :
WILLIAM FRANK McARTHUR, III, M.D.(1) :

## ORDER

Defendant, a resident of this district, has been charged with criminal offenses in an indictment returned in case number 3:06-CR-347-R(1) in the United States District Court for the Northern District of Texas. Defendant is desirous of having that case resolved in this district pursuant to FED. R. CRIM. P. 20. Defendant has filed a Motion for Authorization to Travel wherein he seeks authorization for his attorney appointed by the United States District Court for the Northern District of Texas to travel to this district for that Rule 20 hearing.

Said motion is **DENIED** at this time. The Guide to Judiciary Policies and Procedures, Volume VII, Appointment of Counsel in Criminal Cases, Section A, Chapter II, Paragraph 2.12 (Continuity of Representation), provides that "[a]bsent special circumstances, whenever a case is transferred to another district, such as under Rules 20, 21, and 40, Federal Rules of Criminal Procedure, appointment of counsel should be made in the transferee district." No special circumstance has been asserted or established. Absent the establishment of special circumstances, counsel will be appointed from this district to represent Defendant in the Rule 20 proceedings.

**SO ORDERED**, this 16th day of November, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE